# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS RICHARDS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. 20-cv-01242-JCS <br><br> **ORDER DENYING STIPULATION TO SHORTEN TIME AND SETTING BRIEFING SCHEDULE** <br><br> Re: Dkt. No. 54 |

On June 4, 2021, Plaintiffs filed a motion to compel compliance with a subpoena by non-party Rodrigo Santos, accompanied by a "stipulation" to shorten time and hear argument one week later on June 11, 2021. The stipulation is between the parties to this case only—Santos did not consent to it, and it does not provide for his filing an opposition brief. The stipulation is DENIED.

If Santos opposes Plaintiffs' motion, he shall file an opposition brief no later than June 18, 2021. Plaintiffs may file a reply no later than June 25, 2021. A hearing will occur on July 2, 2021 at 9:30 AM via Zoom webinar.

Plaintiffs shall serve a copy of this order on Santos no later than June 9, 2021 by any means reasonably calculated to provide actual notice (which may include service on Santos's criminal defense attorney) and file proof of service to that effect.

**IT IS SO ORDERED.**

Dated: June 7, 2021

JOSEPH C. SPERO
Chief Magistrate Judge