1  DAVID CHIU, State Bar #189542
   City Attorney
2  MEREDITH B. OSBORN, State Bar #250467
   Chief Trial Deputy
3  EDMUND T. WANG, State Bar # 278755
   RYAN STEVENS, State Bar #306409
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:      (415) 554-3857 [Wang]
   Telephone:      (415) 554-3975 [Stevens]
7  Facsimile:      (415) 554-3837
   E-Mail:         Edmund.Wang@sfcityatty.org
8                  Ryan.Stevens@sfcityatty.org

9
   Attorneys for Defendants
10 CITY AND COUNTY OF SAN FRANCISCO; EDWARD SWEENEY;
   and MAURICIO HERNANDEZ
11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 DENNIS RICHARDS, an individual;        Case No. 3:20-cv-01242-JCS
   RACHEL SWANN, an individual; and SIX
16 DOGS LLC, a California Limited Liability   REQUEST FOR DISMISSAL; ~~PROPOSED~~
   Company,                                ORDER OF DISMISSAL
17
          Plaintiffs,                       Trial Date:      February 14, 2022
18
          vs.
19
   DEPARTMENT OF BUILDING
20 INSPECTION OF THE CITY AND COUNTY
   OF SAN FRANCISCO; CITY AND
21 COUNTY OF SAN FRANCISCO, a
   Municipal Corporation; EDWARD
22 SWEENEY, an individual; and MAURICIO
   HERNANDEZ, an individual,
23
          Defendants.
24

25

26

27 ///

28 ///

Request for Dismissal; Prop Order;                1                n:\lit\li2022\200769\01601480.docx
CASE NO.  3:20-cv-01242

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

Dated: 5/12/2022

MOSCONE EMBLIDGE & RUBENS, LLP

By: */s/ G Scott Emglidge*
   G. SCOTT EMBLIDGE

Attorneys for Plaintiffs
DENNIS RICHARDS, RACHEL SWAN, SIX DOGS LLC

Dated: 5/12/2022

DAVID CHIU
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
EDMUND T. WANG
RYAN STEVENS
Deputy City Attorneys

By:*/s/ Ryan C. Stevens*
   RYAN C. STEVENS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
EDWARD SWEENEY; and MAURICIO HERNANDEZ

**I, Ryan C Stevens, am the ECF user whose identification and password are used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these document(s) has been obtained from each of its signatories.

## ORDER

**IT IS SO ORDERED.**

Dated:   May 13, 2022
_____

_____
Hon. Joseph C. Spero
Chief Magistrate Judge